# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO.: 3:07-CR-264-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER DISMISSING |
| ) | MATERIAL WITNESS WARRANT |
| SERGIO VASQUEZ-LOZANO, ) | FOR LUCIO LOZANO-ENSALDO |
| ) | |

**THIS MATTER** comes before the Court upon Motion of the United States to dismiss the material witness warrant for Lucio Lozano-Ensaldo. The Court finds that the material witness' appearance is no longer required and that he should be released from custody based on the material witness warrant.

Therefore, it is ordered that the material witness warrant for Lucio Lozano-Ensaldo is hereby DISMISSED and he is to be released from custody based on the same.

The Clerk is directed to certify copies of this Order to defense counsel, the United States Marshal's Service, and the United States Attorney.

**SO ORDERED**.

Signed: April 30, 2008

David C. Keesler
United States Magistrate Judge